# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2020

Bridget M. McCormack,
Chief Justice

159627(110)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CITY OF WARREN,
      Plaintiff-Appellee,

v

    SC: 159627
    COA: 346148
    Macomb CC: 2018-000121-AR

ANTHONY HOTI,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's March 18, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2020



a0720

                      Clerk